## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**VIRGINIA A. ELDER**                                         **PLAINTIFF**

    **v.**                    **No. 05-2180**

**MARK FORD, Attorney**                            **DEFENDANT**

### ORDER

Now on this 20th day of January 2006, comes on for consideration the report and recommendation filed herein on December 29, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4.) Plaintiff has filed written objections to the report and recommendation. (Doc. 7.)

The court has reviewed this case *de novo* and finds that plaintiff's objections are without merit and that the Magistrate Judge's report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, plaintiff's request to proceed *in forma pauperis* is **DENIED** and plaintiff's complaint is **DISMISSED** on the grounds that plaintiff's claims are frivolous. *See* 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

                                                 **/s/JIMM LARRY HENDREN**
                                                 **JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**